IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN GEORGE, a Nebraska Individual;<br><br>Plaintiff,<br><br>vs.<br><br>GROUNDS FOR TERMINATION, LLC, a Texas limited liability company; BV PRODUCTS, LLC, a Texas limited liability company; and DAREN DONNELSON, a Texas Individual;<br><br>Defendants. | 8:24CV143<br><br>ORDER OF DISMISSAL |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Filing No. 19),

**IT IS ORDERED** that Plaintiff's Complaint (Filing No. 1) is dismissed without prejudice.

Dated this 8th day of July, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge